UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. STYRE,<br><br>                      Petitioner,<br><br>   v.<br><br>DERRAL G. ADAMS, Warden<br>                      Respondent. | NO. 1:07-CV-01436-WWS (HC)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR A STAY OF THE COURT'S APRIL 9, 2009 ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS** |

Good cause appearing, the Respondent's motion for a stay pending disposition of appeal to the Ninth Circuit is granted.

DATED: April 15, 2009

                                                       **/s/ William W Schwarzer**
                                                       Hon. William W Schwarzer
                                                       United States District Judge